NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MEGAN BOROVICKA,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

_____

2024-1429

_____

Appeal from the United States Court of Federal Claims in No. 1:21-cv-01988-AOB, Judge Armando O. Bonilla.

_____

**JUDGMENT**

_____

ANITA MAZUMDAR CHAMBERS, The Employment Law Group, PC, Washington, DC, argued for plaintiff-appellant. Also represented by ROBERT SCOTT OSWALD.

ELINOR JOUNG KIM, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BRIAN M. BOYNTON, LISA LEFANTE DONAHUE, PATRICIA M. MCCARTHY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, PROST, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 6, 2026
Date

Jarrett B. Perlow
Clerk of Court